# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BERKOWITZ,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **No. 13-4917** |
| v. | : | |
| | : | |
| **OPPENHEIMER PRECISION PRODUCTS, INC.,** | : | |
| | : | |
| Defendant. | : | |

**MCHUGH, J.**                                                                                                             **OCTOBER 28, 2014**

## ORDER

This 28th day of October, 2014, it is **ORDERED** as follows:

      Defendant's Motion for Summary Judgment is hereby **DENIED**. With respect to punitive damages under the ADA, the motion is denied without prejudice to Oppenheimer's right to revisit the issue at the close of evidence.

      Ruling is deferred as to the PHRA discrimination claim, pending supplemental briefing by the Parties.

/s/ Gerald Austin McHugh
United States District Court Judge
